## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE LLC, a Delaware
corporation,

        Plaintiff,

vs.                            CASE NO. 3:05cv385/MCR/EMT

FLORIDA COMMERCIAL TIRE, INC.,
a Florida corporation; JAMES A. PARSONS,
an individual; JEFFREY B. PARSONS,
an individual; MELBA PARSONS, an
individual; and TAMMY PARSONS,
an individual,

        Defendants.

_____/

### STIPULATED FINAL JUDGMENT

      **BEFORE THE COURT** is the parties' Joint Stipulation for Entry of Final Judgment.  Upon consideration and pursuant to the Stipulation, it is

      **ORDERED AND ADJUDGED** that:

      1)     The parties' Joint Stipulation for Entry of Final Judgment is **APPROVED** and incorporated herein.

      2)     Defendants Florida Commercial Tire, Inc., James A. Parsons, Jeffrey B. Parsons, Melba Parsons and Tammy Parsons (collectively, "Defendants") shall pay judgment to Plaintiff Bridgestone/Firestone North American Tire LLC ("BFNT") in the time and manner specified below:

            a.     A sum of $25,000.00 on or before November 15, 2005.

            b.     A sum of $75,000.00 on or before December 31, 2005.

c.      The open account of FC Tire with BFNT will be resolved by a combination of product returns, national account and/or government delivery credits, and/or payments made on or before December 31, 2005.  Credits for products returned will be issued only for legitimate and valid national account and government delivery transactions.   Additionally, products returned for credit must be current, unused and acceptable to BFNT.

d.      Each payment required herein shall be delivered to Bridgestone/Firestone North American Tire LLC, ATTN: Jay Stapp, 535 Marriott Drive, Ninth Floor, Nashville, Tennessee 37214, on or before 5:00 PM EST on the dates specified.

e.      Each payment required herein shall be payable to "Bridgestone/Firestone North American Tire LLC" and shall be made in the form of cleared funds.

f.      Should the tender of any of the foregoing payments be dishonored, BFNT may apply to the Court for entry of judgment in the amount of $250,000.00, less any payments made or credits for products returned or delivered as stated in c. above, with interest through the date of judgment on said amount upon filing a motion for judgment with an affidavit of its counsel attesting to the dishonor of the tender of payment, with written notice to all Defendants.

3)      This Court shall retain jurisdiction over the subject matter of, and all parties to, this action for the purpose of enforcing this Stipulated Final Judgment.

4)      The Clerk is directed to enter final judgment in favor of Plaintiff BFNT.

5)      All pending motions are **DENIED** as moot.

6)      Pending payment of the foregoing sums in the manner specified herein, this action shall be abated.

**DONE AND ORDERED** this 10th day of November, 2005.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**United States District Judge**